Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLY MPIIMA,<br><br>Defendant. | NO. 2:22-cr-00210-RAJ<br><br>**ORDER TERMINATING DEFENDANT'S PARTICIPATION IN DREAM PROGRAM AND DISMISSING CRIMINAL CHARGES BASED ON SUCCESSFUL COMPLETION OF DREAM PROGRAM** |

On April 4, 2023, the Defendant entered a guilty plea to Counts 1-4 of the Indictment charging him with conspiring to distribute a controlled substance, distribution of controlled substances, and possession of controlled substances with the intent to distribute. Dkt. 22. The plea was entered pursuant to a plea agreement. Dkt. 24. Subsequent to entry of the guilty plea, the Defendant was accepted to participate in the Drug Reentry Alternative Model (DREAM) program. Dkt. 26. The Defendant executed a contract memorializing his acceptance and participation in the program. Dkt. 28.

The DREAM Executive Review Team, including the undersigned United States District Judge, have determined that the Defendant has successfully complied with the program requirements set forth in the DREAM contract. Having made this determination, the Court hereby orders that:

1. Defendant's participation in the DREAM program is terminated;

ORDER TERMINATING DEFENDANT'S PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGES
*MPIIMA/*2:22-cr-00210-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. On Defendant's request, his previously entered guilty plea is withdrawn pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), with the Court finding a fair and just reason having been demonstrated by Defendant's successful completion of the DREAM program; and

3. On motion of the government under Federal Rule of Criminal Procedure 48(a), the criminal charges filed against the Defendant in the above-captioned case are dismissed with prejudice with good cause having been shown by Defendant's successful completion of the DREAM program.

DATED this 21st day of June, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge
Western District of Washington
DREAM Judicial Officer

ORDER TERMINATING DEFENDANT'S PARTICIPATION IN DREAM PROGRAM AND DISMISSING CHARGES
*MPIIMA/*2:22-cr-00210-RAJ - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970